Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer and celluloid sleds similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.

No. 57807.—J. E. Bernard & Company, Inc., et al. *v.* United States, protests 157386–K/2688, etc. (Chicago).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the items identified on the invoices as "Deer," "Reindeers," or "Rein Deer" consist of celluloid reindeer the same in all material respects as the merchandise passed upon in Abstract 55793, the claim of the plaintiffs was sustained. Protest 160726–K, having been abandoned as to entry 3478, was dismissed as to said entry.

No. 57808.—Chinkor Fur Corp. et al. *v.* United States, protests 780151–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

No. 57809.—Motty Eitington, Inc., and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 214797–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

No. 57810.—Geo. F. Bassett & Co., Inc. *v.* United States, protest 218555–K (New York).